# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| TONETTE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| NANCY A. BERRYHILL, ) | 5:17-CV-577-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This matter is before the Court on the parties' cross-motions for judgment on the pleadings [DE 31, 34].

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff Tonette Johnson's motion for judgment on the pleadings [DE 31] is DENIED and defendant Nancy A. Berryhill's motion for judgment on the pleadings [DE 34] is GRANTED. The decision of the Commissioner is AFFIRMED.

**This judgment filed and entered on January 11, 2019, and served on:**
Tonette Johnson (via US Mail to 1601 Snowden Dr., Apt. A, Wilson NC 27893)
Amanda Gilman (via CM/ECF Notice of Electronic Filing)

PETER A, MOORE, JR., CLERK

January 11, 2019

 /s/Lindsay Stouch
By: Deputy Clerk